# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY LEE DONNELL,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.: 24-CR-321(1) (ECT/LIB)<br>Date: May 29, 2025<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 7D<br>Time in Court: 12:30 P.m. – 1:18 p.m.<br>Total Time: 48 Minutes |

**APPEARANCES:**

    For Plaintiff:    Campbell Warner, United States Attorney's Office
    For Defendant:    Brian Toder
                        ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

☒ Hearing held on objections to the presentence report.
☒ Sentencing Hearing.

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 112 Months | | 5 Years | | |

☒ Special Conditions of:    *See J&C for special conditions.*

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 for Count 1.
☒ Count 2 dismissed by government motion.
☒ Defendant remanded to the U.S. Marshal.

                                                                                             s/ R. Morton
                                                                           Courtroom Deputy